**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

FAITH E. EMAH, *

*Plaintiff*, *

v. * Case No.: 8:25-cv-01191-BAH

JOHN CHRISTNER TRUCKING LLC, *et al.*, *

*Defendants*. *

FILED ENTERED
LOGGED RV RECEIVED
OCT 15 2026
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

**VERDICT FORM**

(Note: Answer "Yes" or "No" to each question by checking the appropriate space)

**Causation**

1. Do you find that Plaintiff has proven by a preponderance of the evidence that Defendants negligence from the February 2, 2024 accident proximately caused Plaintiff to incur damages in the form of personal injuries?

✓ Yes. ____ No.

**Continue to Question No. 2 only if you have answered "Yes" to Question No. 1. If you answered "No" to Question No. 1, please stop, have the jury foreperson sign and date this Form below, then inform the clerk that your deliberation is complete.**

**Damages**

2. What amount, if any, do you award Plaintiff for:

a. Non-economic damages: $413,396.87

**If you answered Question No. 2, please have the jury foreperson sign and date this Form below, then inform the clerk that your deliberation is complete.**

10/15/2026
**DATE**

REDACTED
**JURY FOREPERSON**

[END OF DOCUMENT]